■ ROBERTSON METAL STAMPING CORP., Appellant-Respondent, v. TRANS-ATLANTIC MACHINERY, LTD., et al., Respondents-Appellants.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND WALKER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ WILLIAM B. WEINBERGER et al., Appellants, v. SAMUEL J. SMILEY et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee, Appellant, v. HARRY MELNIKOFF et al., Defendants, and GEORGE V. CLANCY, as Treasurer of American Federation of Musicians of the United States and Canada, Appellant, and REPUBLIC PRODUCTIONS, INC., et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — M. M. Frank, J. P., Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY POLLINO, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of WILLIAM RONSON, Appellant, against EXECUTIVE FACULTY OF THE COLLEGE OF DENTISTRY OF NEW YORK UNIVERSITY, Respondent. — Order unanimously affirmed, without costs. While unnecessary to a determination of this application, it appears that the original decision of Special Term herein was entirely correct. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ MUSCULAR DYSTROPHY ASSOCIATIONS OF AMERICA, INC., Respondent, v. ARTHUR J. WEYL, Defendant, and NATIONAL FOUNDATION FOR MUSCULAR DYSTROPHY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ. [13 Misc 2d 736.]

■ HARLAN L. MARTIN et al., as Executors of BERTHA W. MOELLERING, Deceased, Appellants, v. FIRST TERRACE GARDENS, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.